James A. KUOL, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 71222.

Missouri Court of Appeals,
Western District.

Oct. 26, 2010.

S. Kathleen (Kate) Webber, Assistant Appellate Defender, Kansas City, MO, for Appellant.

Chris Koster, Attorney General, Richard A. Starnes, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before Division I: JAMES M. SMART, JR., Presiding Judge, and MARK D. PFEIFFER and CYNTHIA L. MARTIN, Judges.

**Order**

PER CURIAM:

Appellant, James A. Kuol, appeals from the denial of his Rule 24.035 motion for post-conviction relief after an evidentiary hearing in the Circuit Court of Clay County. Kuol argues that his plea counsel was constitutionally ineffective. We disagree and affirm in this *per curiam* order and have provided the parties a memorandum of law explaining our ruling today. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Antonio C. CARTER, Appellant.

No. WD 71146.

Missouri Court of Appeals,
Western District.

Oct. 26, 2010.

Susan L. Hogan, Esq., Kansas City, MO, for appellant.

Shaun J. Mackelprang, Esq., Susan L. Hogan, Esq., Jefferson City, MO, for respondent.

Before Division Four: LISA WHITE HARDWICK, Chief Judge, Presiding, JAMES E. WELSH and KAREN K. MITCHELL, Judges.

**ORDER**

PER CURIAM.

Following a jury trial, Antonio Carter appeals his conviction on two counts of first-degree robbery and two counts of armed criminal action. Carter contends the circuit court erred in excluding the testimony of a police officer at trial. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the convictions.

AFFIRMED. Rule 30.25(b).